**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALEXANDRIA NOELLE D'AMATO,
                          Plaintiff,

           -against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,
                    Defendant.
-----------------------------------------------------------X

18 **CIVIL** 6998 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated February 14, 2020, Judge Moses's January 30, 2020 R&R is adopted in full; Plaintiff's motion for judgment on the pleadings is granted; Defendant's motion for judgment on the pleadings is denied; this case is remanded for further proceedings consistent with Magistrate Judge Moses's Report and Recommendation; See R&R 42-43; because the R&R gave the parties adequate warning, see R&R at 43, Defendant's failure to file adequate objections to the R&R precludes appellate review of this decision; accordingly, the case is closed.

**Dated:** New York, New York
          February 19, 2020

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court
                                   BY:
                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/19/2020